367 A.2d 1091
In re the ESTATE of John CREASY, Deceased.
Appeal of Allen CREASY and Nora Creasy, his wife.

Supreme Court of Pennsylvania.

Argued Nov. 21, 1975.

Decided Jan. 28, 1977.

Reilly & Fogwell, John L. Lachall, West Chester, for appellants.

Daniel H. Shertzer, Lancaster, for appellee.

Before EAGEN, O'BRIEN, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Decree affirmed. Each party to bear own costs.

JONES, C. J., and ROBERTS, J., took no part in the consideration or decision of this case.